IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

vs.                                                  Civil No. 06-641 MCA/RHS
                                                    Crim.No. 03-1735 MCA

ANTHONY SERRANO,

        Defendant/Movant.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING THIS CIVIL PROCEEDING WITH PREJUDICE**

        THIS MATTER comes before the Court on the proposed findings and recommended disposition ("PFRD") of the United States Magistrate Judge **[doc. no. 25]**. Objections have been filed and the Court has made a *de novo* determination of those portions of the Magistrate Judge's PFRD to which Defendant/Movant Serrano objects. Having considered the same, the Court will adopt the proposed findings and recommended disposition of the Magistrate Judge and dismiss this civil proceeding.

        WHEREFORE,

        IT IS ORDERED that the proposed findings and recommended disposition of the Magistrate Judge **[doc. no. 25]** are adopted by the Court.

        IT IS FURTHER ORDERED that the Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **[doc. no. 1]**, the Motion to Include Additional Evidence **[doc. no. 18]**, the Motion for Declaratory Judgment **[doc. no. 19]**, the Motion for Evidentiary Hearing **[doc. no. 22]** and the Motion to Supplement Additional Evidence **[doc. no. 23]** are **DENIED**.

IT IS FURTHER ORDERED that this civil proceeding is **DISMISSED** with prejudice and any pending motions are **DENIED** as moot.

SO ORDERED this 7th day of May, 2009.

_____
M. CHRISTINA ARMIJO
United States District Judge